## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:02CV1488-ERW |
| v. | ) |
| | ) |
| MALLINCKRODT INC.; SHELL OIL | ) |
| COMPANY; and SOLUTIA INC. | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING THIRD-PARTY PLAINTIFF MALLINCKRODT INC.'S AND THIRD-PARTY DEFENDANT CHEMISPHERE CORPORATION'S, JOINT MOTION TO APPROVE SETTLEMENT, DISMISS PURSUANT TO SETTLEMENT AGREEMENT, AND GRANT CONTRIBUTION PROTECTION

This cause comes before the Court on Third-Party Plaintiff Mallinckrodt Inc.'s

("Third-Party Plaintiff") and Third-Party Defendant Chemisphere Corporation's ("Third-

Party Defendant," or "Chemisphere") Joint Motion to Approve Settlement, Dismiss

Pursuant to Settlement Agreement, and Grant Contribution Protection ("Motion")[doc.

#659]. Upon review of the Motion, the Court concludes that the Motion should be

GRANTED.

Accordingly, IT IS HEREBY ORDERED THAT:

(1)     Third-Party Plaintiff's and Third-Party Defendant's Settlement Agreement

is approved;

(2)     Third-Party Plaintiff's Claims against Third-Party Defendant are

dismissed with prejudice;

(3)     Third-Party Defendant shall be granted contribution protection from

Claims, to prevent non-settling defendants and others from asserting contribution claims

against Third-Party Defendant that are Claims as defined in the Settlement Agreement.

All Claims, including without limitation, all counterclaims and cross-claims which have

been made or could have been made against Third-Party Defendant by any person other

than the United States in connection with this action are dismissed with prejudice; and

(4)     The liability of the non-settling parties will be reduced by the total amount

of money paid in the Settlement Agreement.

IT IS SO ORDERED.

Date: July 16, 2007

E. Richard Webber
United States District Judge