IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:02CV1488-ERW |
| v. | ) | |
| | ) | |
| MALLINCKRODT INC.; SHELL OIL COMPANY; and SOLUTIA INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING THIRD-PARTY PLAINTIFF MALLINCKRODT INC.'S
AND THIRD-PARTY DEFENDANT THE GLIDDEN COMPANY'S,
JOINT MOTION TO APPROVE SETTLEMENT, DISMISS PURSUANT TO
SETTLEMENT AGREEMENT, AND GRANT CONTRIBUTION PROTECTION**

This cause comes before the Court on Third-Party Plaintiff Mallinckrodt Inc.'s ("Third-Party Plaintiff") and Third-Party Defendant The Glidden Company's ("Third-Party Defendant," or "Glidden") Joint Motion to Approve Settlement, Dismiss Pursuant to Settlement Agreement, and Grant Contribution Protection ("Motion") [doc. #660]. Upon review of the Motion, the Court concludes that the Motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED THAT:

(1) Third-Party Plaintiff's and Third-Party Defendant's Settlement Agreement is approved;

(2) Third-Party Plaintiff's Claims against Third-Party Defendant are dismissed with prejudice;

(3) Third-Party Defendant shall be granted contribution protection from Claims, to prevent non-settling defendants and others from asserting contribution claims against Third-Party Defendant that are Claims as defined in the Settlement Agreement.

All Claims, including without limitation, all counterclaims and cross-claims which have been made or could have been made against Third-Party Defendant by any person other than the United States in connection with this action are dismissed with prejudice; and

(4) The liability of the non-settling parties will be reduced by the total amount of money paid in the Settlement Agreement.

IT IS SO ORDERED.

Date: July 16, 2007

E. Richard Webber
United States District Judge