UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:02CV01488 ERW |
| v. | ) |
| | ) |
| MALLINCKRODT INC.; SHELL OIL COMPANY; and SOLUTIA INC. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having been fully advised in the premises, the Court hereby GRANTS Mallinckrodt LLC's Motion for Leave to Dismiss Cross Oil Company [doc. #689]. Mallinckrodt's third-party claims against Cross Oil Company are hereby dismissed without prejudice, each party to bear its own costs.

So Ordered this 5th Day of May, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE